Pamela L. Schultz (SBN 269032)
pschultz@hinshawlaw.com
Erik M. Kowalewsky (SBN 205985)
ekowalewsky@hinshawlaw.com
Bradley H. Pace (SBN 302510)
bpace@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:  415-362-6000
Facsimile:   415-834-9070

Attorneys for Defendant
SANTA MARIA FISHING INCORPORATED,
i/n/a and e/s/a SANTA MARIA FISHING, INC.
and SANTA MARIA FISHING, INCORPORATED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY JOE JORDAN,<br><br>            Plaintiff,<br><br>     vs.<br><br>MARY DILEVA; VINCE DILEVA, Presumed P.R. for the Estate of Frank Colonna, Deceased; MARY DILEVA; VINCE DILEVA General Partners with Frank Colonna in SANTA MARIA FISHING, INC.; SANTA MARIA FISHING, INCORPORATED; Inactive Corporate Entities; JOHN DOES 1-20,<br><br>            Defendants. | Case No. 2:14-cv-09561-BRO-JPR and 2:15-cv-01257-BRO-JPR<br><br>Related Case No. 2:15-cv-01257-BRP-JPR<br><br>(Honorable Beverly Reid O'Connell)<br><br>**ORDER ON STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE** |

Defendant and Plaintiff in Limitation Santa Maria Fishing Incorporated, i/n/a and e/s/a Santa Maria Fishing, Inc. and Santa Maria Fishing, Incorporated, and Plaintiff Billy Joe Jordan, through their attorneys of record, hereby give notice of their settlement of the action entitled *Jordan v. DiLeva et al.*, Case No. 2:15-cv-09561, and the related action entitled *In the Matter of the Complaint of SANTA MARIA FISHING INCORPORATED, as Owner of the Fishing Vessel SANTA*

1

*MARIA, A 79-Foot Al Larson Ship Built in 1937, Official Number 236806, California Department of Fish and Wildlife Number 01388, for Exoneration from or Limitation of Liability*, Case No. 2:15-cv-01257-BRO-JPR. The parties request that the Court enter a dismissal with prejudice of both actions pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED:  November 20, 2015                HINSHAW & CULBERTSON LLP

By:  /s/ *Pamela L. Schultz*
Pamela L. Schultz
Erik M. Kowalewsky
Bradley H. Pace
Attorneys for Defendant
SANTA MARIA FISHING
INCORPORATED,
i/n/a and e/s/a SANTA MARIA
FISHING, INC.
and SANTA MARIA FISHING,
INCORPORATED

DATED:  November 20, 2015                LAW OFFICE OF ANTHONY URIE, PLLC

By:  /s/ *Anthony M. Urie*
Anthony M. Urie
Attorneys for Plaintiff
BILLY JOE JORDAN

DATED:  November 20, 2015                LAW OFFICE OF DAVID S. VOGEL

By:  /s/ *David S. Vogel*
David S. Vogel
Attorneys for Plaintiff
BILLY JOE JORDAN

I, Pamela L. Schultz, am the ECF user whose identification and password are being used to file this Stipulation and Request for Dismissal. I hereby attest that Anthony M. Urie and David S. Vogel concurred in this filing.

/s/ *Pamela L. Schultz*

**IT IS SO ORDERED.**
DATED: 11/24/2015

[signature]
UNITED STATES DISTRICT JUDGE